IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JUN 12 PM 3: 45

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:06CR3062 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| JEFF PONDER, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the ____ day of June, 2006, on the Motion of the Defendant for an order to seal certain documents. (Filing No. ___)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the documents named in Defendant's Motion to Seal shall be filed under seal.

BY THE COURT:

Date: 6-12-06

/s/ David L. Piester